# EXHIBIT B

www.jerryjazzmusician.com/2015/05/great-encounters-41-friendship-miles-davis-sugar-ray-robinson/

# Jerry Jazz Musician
Devoted to Jazz and 20th Century America

Search this site ...

Home    Features    Interviews    Literature    Art    Jazz History Quiz    About

Features = Great Encounters

# Great Encounters #41: The friendship of Miles Davis and Sugar Ray Robinson

May 5, 2015  |  5 comments



Miles Davis

Sugar Ray Robinson

"Great Encounters" are book excerpts that chronicle famous encounters among twentieth-century cultural icons. This edition tells the story of the importance Miles Davis placed on his friendship with boxer Sugar Ray Robinson in 1954, when he was trying to kick his drug addiction.

Excerpted from *Miles: The Autobiography*, by Miles Davis with Quincy Troupe.

## JJM Newsletter

Email *

[ Sign Up ]

## Today's Video

Bud Powell

Bud Powell, live in Paris, 1959

## Recent Posts

- "Jazz in the Schools"
- "Alabama: Jack DeJohnette, Ravi Coltrane, Matthew Garrison" — a poem by John McCluskey
- Armstrong and Portland
- "Storm Warning" - a poem by Michael L. Newell
- "Bob Had Left Town & All That Jazz" – a poem by Mike Faran
- Photographer Lee Santa's "Journey Into Jazz"
- A memory of Nat Hentoff
- "Storyville" — a short story by Matthew Peel
- Jazz History Quiz #95
- The Jazz Loft According to W...