**Laura Caldera**, OSB #993786
E-mail:  laura.caldera@bullivant.com
**Amanda Bryan**, OSB #173575
E-mail:  amanda.bryan@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendant Jerry Jazz Musician, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| GLEN CRAIG,<br><br>                    Plaintiff,<br><br>v.<br><br>JERRY JAZZ MUSICIAN, LLC,<br><br>                    Defendant. | Civil No.: 3:19-CV-01237-MO<br><br>**DEFENDANT'S OPPOSITION TO ATTORNEY RICHARD LIEBOWITZ'S APPLICATION FOR *PRO HAC VICE*** |

Defendant Jerry Jazz Musician, LLC opposes Plaintiff's attorney Richard Liebowitz's

Motion for Leave to Appear *Pro Hac Vice* (Dkt. 7) for the reasons that follow.[1]

## **INTRODUCTION**

Mr. Liebowitz is not a member of the Oregon State Bar and filed this case without

---

[1] This brief does not respond to the Complaint at issue in this case, nor does Defendant intend to waive any rights available under Fed. R. Civ. P. 12.

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT'S OPPOSITION TO ATTORNEY RICHARD LIEBOWITZ'S APPLICATION FOR *PRO HAC VICE*
Page 1**

associating with local counsel in this case.  Mr. Liebowitz has been the subject of various sanctions in courts across the country ranging from monetary sanctions to disbarment to an order to show cause as to why he should not be incarcerated until he complied with one court's orders.  Given his lack of regard for this Court's rules, and his well-known history of failing to comply with court orders in other jurisdictions, Defendant respectfully requests that this Court deny Mr. Liebowitz's motion for *pro hac vice* admission to this Court in this case.

## LEGAL STANDARD

"There is no right of federal origin that permits [] lawyers to appear in state courts without meeting that State's bar admission requirements."  *Leis v. Flynt*, 439 U.S. 438, 443, 99 S. Ct. 698, 701, 58 L. Ed. 2d 717 (1979).  The caselaw is clear that trial courts have authority "to establish criteria for admitting lawyers to argue before them."  *United States v. Gonzalez-Lopez*, 548 U.S. 140, 151, 126 S. Ct. 2557, 2565, 165 L. Ed. 2d 409 (2006). "Where an out-of-state attorney suggests through his behavior that he will not abide by the court's rules and practices, the district court may reject his pro hac vice application."  *In re Bundy*, 840 F.3d 1034, 1042 (9th Cir. 2016), subsequent mandamus proceeding, 852 F.3d 945 (9th Cir. 2017) (citations omitted).

This Court has established rules governing out-of-state lawyers' appearance before it. *See* LR 83; *see also* ORS 9.160(1) ("Except as provided in this section, a person may not practice law in this state, or represent that the person is qualified to practice law in this state, unless the person is an active member of the Oregon State Bar.").  According to this Court's local rules, and to avoid the unauthorized practice of law, an out-of-state lawyer must apply for admission in each case in which the lawyer seeks to appear, must pay the admission fee,

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT'S OPPOSITION TO ATTORNEY RICHARD LIEBOWITZ'S APPLICATION FOR *PRO HAC VICE***
**Page 2**

and make certain certifications to this Court.  *See* LR 83-3(a).  Further, "[e]very attorney admitted to general or special practice before this Court has an affirmative duty to notify the Clerk, Chief Judge, and the assigned judge in writing within 14 days after the attorney has (1) Been suspended or disbarred from practice by any court."  *See* LR 83-6.

"The filing of any document constitutes an appearance by the attorney who signs the document."  LR 83-9. "Only attorneys generally or specifically admitted pursuant to this rule may practice in the district and bankruptcy courts of the District of Oregon."  LR 83-1(a). "Any person who exercises any of the privileges of a member of the bar of this Court without being entitled to do so is guilty of contempt."  LR 83-1(d).

### MR. LIEBOWITZ'S CONDUCT IN THIS COURT

On August 1, 2019, attorney Michael O. Stevens filed the first copyright lawsuit in this district in which Mr. Liebowitz has filed an appearance as counsel for a copyright plaintiff.  *See Alcorn v. Alpha Media LLC*, U.S. District of Oregon Case No. : 3:19-cv-01193-SB (2019) at Dkt. No. 1.  On August 5, 2019, Mr. Stevens filed a motion seeking *pro hac vice* admission of Mr. Liebowitz.  *Id.* at Dkt. No. 5.  In his August 5, 2019 *pro hac vice* application, Mr. Liebowitz represented that he had read and was familiar with the Local Rules of this Court, and that he understood that his "admission to the Bar of the United States District Court for the District of Oregon is ***solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of this matter.***"  *Id.* (emphasis added); *(*For the Court's convenience the application is attached hereto as Appendix A).  Mr. Liebowitz also certified that he had not then, nor had he ever been, subject to any

///

**DEFENDANT'S OPPOSITION TO ATTORNEY RICHARD LIEBOWITZ'S APPLICATION FOR *PRO HAC VICE***
**Page 3**

disciplinary action by any state or federal bar association.  *Id.*  Mr. Liebowitz's *pro hac vice*

application was approved by this Court on August 7, 2019.

Following Mr. Liebowitz's application for admission *pro hac vice* in the matter of

*Alcorn v. Alpha Media LLC*, Mr. Liebowitz filed the following cases in this district.

| Date Filed | Case No. | Title | Pro Hac Vice Status as of 11/13/2019 |
|---|---|---|---|
| 08/07/19 | 3:19-cv-01237-MO | *Craig v. Jerry Jazz Musician, LLC* | **None Filed** |
| 08/07/19 | 6:19-cv-01236-MC | *Fortune v. Combined Communications, Inc.* | Filed 9/18/19 |
| 08/08/19 | 1:19-cv-01248-CL | *Adlife Marketing & Communications Company, Inc. v. C & K Market, Inc.* | Filed 9/19/19 |
| 08/11/19 | 6:19-cv-01258-MK | *Newell v. Western Communications, Inc.* | **None Filed** |
| 08/30/19 | 6:19-cv-01394-AA | *Stross v. Smith Rock Masonry Company LLC* | **None Filed** |
| 10/14/19 | 3:19-cv-01646-JR | *Sadowski v. Alpha Media LLC* | **None Filed** |
| 11/01/19 | 6:19-cv-01756-MC | *Karelic v. Aqua Serene Inc.* | **None Filed** |

As demonstrated above, Mr. Liebowitz filed and has been prosecuting no less than

five lawsuits in this Court without a license to practice law in the state of Oregon, and

without seeking admission *pro hac vice*.

On November 14, 2019, Mr. Liebowitz filed his own Motion for Leave to Appear *Pro

Hac Vice* in this case. Dkt. No. 7.  Unlike the Motion in *Alcorn v. Alpha Media LLC*, U.S.

District of Oregon Case No. : 3:19-cv-01193-SB, in which Mr. Liebowitz certified on August

5, 2019 that he had never been the subject of any disciplinary actions, in the *pro hac vice*

application in this case, Mr. Liebowitz acknowledges being sanctioned in 6 cases that pre-

date the filing of his *pro hac vice* application in the *Alcorn* matter, and  5 cases that came

thereafter.  However, although LR 83-6 required him to disclose the disbarment order in the

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT'S OPPOSITION TO ATTORNEY RICHARD
LIEBOWITZ'S APPLICATION FOR *PRO HAC VICE*
Page 4**

Northern District of California, *In the Matter of Richard Liebowitz*, 19-mc-80228-JD, Dkt.

No. 3, and set out at Appendix B hereto, Mr. Liebowitz failed to do so.

### MR. LIEBOWITZ'S CONDUCT IN OTHER COURTS

"In his relatively short career litigating in [the Southern District of New York],

Richard Liebowitz has earned the dubious distinction of being a regular target of sanctions-

related motions and orders. Indeed, it is no exaggeration to say that there is a growing body

of law in this District devoted to the question of whether and when to impose sanctions on

Mr. Liebowitz alone." *Rice v. NBCUniversal Media, LLC*, No. 19-CV-447 (JMF), 2019 WL

3000808, at *1 (S.D.N.Y. July 10, 2019), *report and recommendation adopted*, No. 19-CV-

447 (JMF), 2019 WL 3752491 (S.D.N.Y. Aug. 8, 2019); *see also*, *McDermott v. Monday*

*Monday, LLC*, No. 17CV9230 (DLC), 2018 WL 1033240, at *3 (S.D.N.Y. Feb. 22, 2018),

*motion for relief from judgment denied*, No. 17CV9230 (DLC), 2018 WL 5312903

(S.D.N.Y. Oct. 26, 2018) ("Plaintiff's counsel, Richard Liebowitz, is a known copyright

'troll,' filing over 500 cases in this district alone in the past twenty-four months."); *Steeger*

*v. JMS Cleaning Servs. LLC*, No. 17CV8013(DLC), 2018 WL 1136113, at *1 (S.D.N.Y.

Feb. 28, 2018), *opinion vacated in part on reconsideration*, No. 17CV8013(DLC), 2018 WL

1363497 (S.D.N.Y. Mar. 15, 2018) ("He is represented by Richard Liebowitz, who has been

labelled a copyright 'troll.'"); *Stridiron v. Cmty. Broadcasters, LLC*, No.

519CV108MADATB, 2019 WL 2569863, at *4 (N.D.N.Y. June 21, 2019) ("His tactics have

led to him being labeled a "copyright troll" by a number of courts."). Mr. Liebowitz has

"regularly been found to have failed to comply with court orders" and has received monetary

sanctions and ordered to complete additional CLE credit hours in ethics and professionalism.

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT'S OPPOSITION TO ATTORNEY RICHARD
LIEBOWITZ'S APPLICATION FOR *PRO HAC VICE***
**Page 5**

*Stridiron v. Cmty. Broadcasters, LLC*, No. 519CV108MADATB, 2019 WL 2569863, at *4

(N.D.N.Y. June 21, 2019); *Steeger v. JMS Cleaning Servs., LLC*, No. 17CV8013(DLC),

2018 WL 1363497, at *2 (S.D.N.Y. Mar. 15, 2018) ("It is troubling that the motion for

reconsideration continues the pattern of omissions and misrepresentations that has plagued

Mr. Liebowitz's earlier submissions in this action."); *Craig v. UMG Recordings, Inc., et al.*,

(S.D.N.Y. Mar. 29, 2019) ("In addition to the utter lack of merit to Craig's motion to

disqualify, the Court concludes that the motion was made vexatiously and in bad faith.").

*Pereira v. 3072541 Canada Inc.,* No. 17-CV-6945 (RA), 2018 WL 5999636, at *3 (S.D.N.Y.

Nov. 15, 2018) ("The Court finds particularly concerning Mr. Liebowitz's repeated failures

to follow the orders and rules of this Court and others within the district, as well as his

propensity to take unreasonable positions and to omit crucial facts—or even to make outright

misrepresentations—in an apparent attempt to increase costs and to extort unwarranted

settlements."); *Reynolds v. Hearst Commc'ns, Inc*., No. 17-CV-6720 (DLC), 2018 WL

1229840, at *4 (S.D.N.Y. Mar. 5, 2018) (finding that Mr. Liebowitz had "failed to comply

with orders in this litigation, as he has in other lawsuits" and that he had "inevitably

increase[d] the cost of litigation" by failing to disclose certain facts), *reconsideration denied*,

2018 WL 1602867, at *2 (S.D.N.Y. Mar. 29, 2018); *Rudkowski v. MIC Network, Inc.*, No.

17-CV-3647 (DAB), 2018 WL 1801307, at *3 & n.3 (S.D.N.Y. Mar. 23, 2018)

("caution[ing]" Mr. Liebowitz for making misrepresentations to the court).

    Although the courts in Mr. Liebowitz's home state of New York may be most

familiar with his litigation conduct, other courts have expressed concern as well.  Recently,

on October 7, 2019, the Northern District of California issued an Order of Disbarment after

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT'S OPPOSITION TO ATTORNEY RICHARD
LIEBOWITZ'S APPLICATION FOR *PRO HAC VICE*
Page 6**

Mr. Liebowitz filed cases there without first associating with local counsel. *See In the Matter of Richard Liebowitz*, 19-mc-80228-JD, Dkt. No. 3. Appendix B.

Finally, in *Berger v. Imagina Consulting, Inc.*, the Southern District of New York found Mr. Liebowitz in contempt, ordered sanctions of $100/day, and when Mr. Liebowitz continued to fail to comply with that court's order the court increased the sanctions to $500/day and ordered Mr. Liebowitz to appear in person on November 13, 2019 to show cause why he should not be taken into custody and incarcerated until he complied with the court's order. *See*, 18-cv-08956-CS (Southern District of New York) Dkt. 60. Appendix C.

## ARGUMENT

This Court has discretion to deny Mr. Liebowitz's *pro hac vice* application given his failure to comply with this Court's rules and his long and tortured history of failing to comply with the rule of law in other jurisdictions.

First, Mr. Liebowitz certified, in his August 5, 2019 motion for admission *pro hac vice* in *Alcorn v. Alpha Media LLC*, U.S. District of Oregon Case No. : 3:19-cv-01193-SB (2019) at Dkt. No. 1, that he had read, was familiar with the Local Rules of this Court, and that he understood that his *pro hac vice* admission would be "***solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of this matter.***" Yet, he used his ECF login to file multiple cases thereafter **without** associating with local counsel.

"Only attorneys generally or specifically admitted pursuant to this rule may practice in the district and bankruptcy courts of the District of Oregon." LF 83-1(a). "Any person who exercises any of the privileges of a member of the bar of this Court without being

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**DEFENDANT'S OPPOSITION TO ATTORNEY RICHARD LIEBOWITZ'S APPLICATION FOR *PRO HAC VICE***
**Page 7**

entitled to do so is guilty of contempt." LR 83-1(d). By filing cases in this Court **without** associating with local counsel, Mr. Liebowitz violated the rules of this Court.

Further, "[e]very attorney admitted to general or special practice before this Court has an affirmative duty to notify the Clerk, Chief Judge, and the assigned judge in writing within 14 days after the attorney has (1) Been suspended or disbarred from practice by any court." *See* LR 83-6. Mr. Liebowitz was disbarred by the Northern District of California Court, but he failed to notify this Court of his disbarment.

Finally, although the rules speak to disciplinary sanctions by a bar association, or suspension or disbarment, Mr. Liebowitz's substantial history of receiving sanctions in other courts across the country shows that he will not abide by this Court's rules and practices. *See In re Bundy*, 840 F.3d 1034, 1042 (9th Cir. 2016), subsequent mandamus proceeding, 852 F.3d 945 (9th Cir. 2017) (citations omitted). ("Where an out-of-state attorney suggests through his behavior that he will not 'abide by the court's rules and practices,' the district court may reject his pro hac vice application.").

///

///

///

///

///

///

///

///

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**DEFENDANT'S OPPOSITION TO ATTORNEY RICHARD LIEBOWITZ'S APPLICATION FOR *PRO HAC VICE***
**Page 8**

## **CONCLUSION**

Given Mr. Liebowitz's lack of regard for this Court's rules, and his well-known history of failing to comply with court orders in other jurisdictions, Defendant respectfully requests that this Court deny his motion for *pro hac vice* admission to this Court in this case.

DATED:  November 15, 2019

BULLIVANT HOUSER BAILEY PC

By  *S/ Laura Caldera*
**Laura Caldera**, OSB #993786
Email:  laura.caldera@bullivant.com
**Amanda Bryan**, OSB #173575
Email:  amanda.bryan@bullivant.com
Telephone: 503.228.6351
Attorneys for Defendant Jerry Jazz Musician, LLC

4821-6126-1228.1 10285/70000

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT'S OPPOSITION TO ATTORNEY RICHARD LIEBOWITZ'S APPLICATION FOR *PRO HAC VICE***
**Page 9**