**Laura Caldera**, OSB #993786
E-mail:  laura.caldera@bullivant.com
**Amanda Bryan**, OSB #173575
E-mail:  amanda.bryan@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendant Jerry Jazz Musician, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GLEN CRAIG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JERRY JAZZ MUSICIAN, LLC,<br><br>　　　　　　Defendant. | Civil No.: 3:19-CV-01237-MO<br><br>**NOTICE OF MAILING** |

On November 15, 2019, I caused to be served via regular mail and email Dkt. 8

*Response in Opposition to Motion for Leave to appear Pro Hac Vice for Attorney Richard P.*

*Liebowitz* on the following:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
RL@liebowitzlawfirm.com

Michael Stevens
Stevens & Legal, LLC
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Michael@hillsborofirm.com

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF MAILING**
**Page 1**

DATED:  November 15, 2019

                            BULLIVANT HOUSER BAILEY PC

                            By  *S/ Laura Caldera*
                                **Laura Caldera**, OSB #993786
                                Email:  laura.caldera@bullivant.com
                                **Amanda Bryan**, OSB #173575
                                Email:  amanda.bryan@bullivant.com
                                Telephone: 503.228.6351
                                Attorneys for Defendant Jerry Jazz Musician, LLC

4849-4622-6349.1 10285/70000

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF MAILING**
**Page 2**

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2019 I caused to be served the foregoing NOTICE OF MAILING and DKT 8 *Response in Opposition to Motion for Leave to appear Pro Hac Vice for Attorney Richard P. Liebowitz* on the following parties at the following addresses:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
RL@liebowitzlawfirm.com

Michael Stevens
Stevens & Legal, LLC
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Michael@hillsborofirm.com

by:

| | |
|---|---|
| ☒ | U.S. Postal Service, ordinary first class mail |
| ☐ | U.S. Postal Service, certified or registered mail, return receipt requested |
| ☐ | Hand Delivery |
| ☐ | E-Service |
| ☒ | Other (specify)  Email |

      *S/ Laura Caldera*
      Laura Caldera, OSB #993786

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**CERTIFICATE OF SERVICE**
**Page 3**